**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 06, 2016.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE: | § CASE NUMBER: 14-31077 |
| | § |
| | § CHAPTER 13 |
| | § |
| JOENETTE ANDING | § |
| DEBTOR(S) | § |
| | § |
| CITIFINANCIAL SERVICING LLC ITS | § |
| SUCCESSORS IN INTEREST AND/OR | § |
| ASSIGNS, MOVANT | § |
| | § |
| VS. | § |
| | § |
| JOENETTE ANDING, (DEBTOR), | § |
| RESPONDENT(S) | § |
| | § |

<u>DEFAULT ORDER TERMINATING AUTOMATIC STAY</u>
(Related to Docket Entry #                    )

CAME ON for consideration the Motion for Relief from Stay Against Property and Waiver of Thirty Day Hearing Requirement ("Motion") filed by CitiFinancial Servicing LLC,

("Movant"). The Chapter 13 Trustee has filed no opposition to the Motion, no party has filed a response in opposition to the Motion, and that the date to oppose the Motion has passed, it is:

ORDERED that the automatic stay of 11 U.S.C. § 362 is terminated as to Movant, its successors in interest and assigns, and the property at 7525 BENSON, EL PASO, TX 79915, legally described as:

> LOT TWO (2) IN BLOCK TWENTY-FOUR (24) OF RANCHLAND HILLS ADDITION NUMBER 4 IN EL PASO COUNTY, TEXAS, ACCORDING TO THE REVISED MAP THEREOF ON FILE IN THE BACK OF BOOK 735 OF THE DEED RECORDS OF EL PASO COUNTY, TEXAS.

(the "Property"). It is further

ORDERED that Movant, its successors in interest and assigns, is authorized to pursue its statutory and contractual rights and remedies, including foreclosure on and repossession of the Property. It is further

ORDERED that Movant, its successors in interest and assigns, shall not be required to file any subsequent Notices of Mortgage Payment Change or Notices of Fees, Expenses of Charges as required by Bankruptcy Rule 3002.1 (b) and (c) respectively. It is further

ORDERED that all communications including notices required by state law, sent by Movant, its successors in interest and assigns, in connection with proceeding against the Property may be sent directly to the Debtor. It is further

ORDERED that, based on the lack of filed opposition to the Motion, the fourteen day provision of Rule 4001(a)(3) is waived and Movant, its successors in interest and assigns, may immediately enforce and implement this Order.

***END OF ORDER***

RESPECTFULLY SUBMITTED BY:

_____
H. Gray Burks, IV
TBN 03418320
Email gburks@logs.com
Shapiro Schwartz, LLP
13105 Northwest Freeway, Suite 1200
Houston, TX 77040
Telephone (713)462-2565
Facsimile (847)879-4856
Attorneys for Movant CitiFinancial Servicing LLC